U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 9 2022

CLERK, U.S. DISTRICT COURT
By _____ Deputy

_Gabriel Salas/U.S. Secret Service Agent_

NAME

#O565059

_100 North Lamar, Fort Worth, Tx. 76196_

ADDRESS or PLACE OF CONFINEMENT and

PRISON NUMBER

NOTE: It is your Responsibility to notify the Clerk of Court in
Writing of any Change of address.

---

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

---

(I'VE NEVER BEEN CONVICTED)          **4-22CV-1061=O**

_Gabriel Porn Star Salas_                    CASE # _____

FULL NAME (INCLUDE Name under which          (to be supplied by the Clerk of Court
you were convicted)

Petitioner          ★ PETITION FOR WRIT OF HABEAS ★

Vs.                 CORPUS PURSUANT TO 28 U.S.C. 2241

_Tarrent County Sheriff - Bill Waybourn_

~~Staff Owens Last/South Cabot Salas~~ ~~#O565059~~
Name of authorized person Having Custody of petitioner

Respondent

## INSTRUCTIONS - READ CAREFULLY

This Petition shall be legibly hand written or type written and signed by
the petitioner, under penalty of perjury. You must set forth CONCISELY the
answer to each question in the proper space on the form. Any False Statement
of a Material Fact may serve as a basis for prosecution and conviction for
Perjury.      You must not attach seperate pages to this petition except that
one seperate pages is permitted in answering Question # 9

§ 2241 and payable to the clerk of Court. If you wish to seek leave to proceed in forma pauperis (without) paying the $5.00 filing fee, then you must submit an application to proceed in forma pauperis, setting forth information which establishes your inability to pay the fee of the proceedings or give security therefore, and a completed certificate of inmate trust account by an authorized officer at the penal institution as to the amount of money and securities on deposit to your credit in any account in the institution.

When the petition is completed, it must be mailed to the Clerk of the United States District Court.

Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

PLEASE COMPLETE THE FOLLOWING:  (check the appropriate number)

This petition concerns:

1. _____ pretrial detention.

2. _____ a conviction.

3. _____ a sentence.

4. _____ jail or prison conditions.

5. _____ a prison disciplinary proceeding.

6. _____ parole or mandatory supervision.

7. _____ time credits.

8. __✓__ other: Wrongful incarceration = Case was crossed dismissed/Double Jeoperdy, illegal tampering of my record + Still illegally Confined

Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition.    ( ✓ ) Yes    (____) No
If so, what was date of the result and the result of any such proceeding. If not, explain why you have not pursued all such remedies. I wrote Criminal District Attorney Danny price, and I

received a reply from Criminal District Attorney - Sharen Wilson stating that this case was dismissed and case was a class c misdemeanor for Assault, that all other cases were class c misdemeanors that were crossed dismissed, the grievance procedure was exhausted and also they illegally enhanced this assault and charged me with out a warrant for Arrest, record enclosed on 1-6-2022 I was assaulted by Joe Lopez and received Stitches, I never hit any one an innocent there is tampering of record, I am currently past the maximum time served for this misdemeanor an an illegally confined, I own this Jail/Courts and I demand I be released ~~statue today~~

2

and that attempted Murder Charges be filed on Joe Lopez #0221600 for injuring me on 1-6-22

## PETITION

1. Place of detention _Tarrant County Corrections Center - owner Gabriel Pena Star Sales_ #0565059

2. State whether you have been convicted of the charged offense(s) or whether you are still awaiting trial. _the case was ordered dismissed, ive never been convicted, the curse have committed Double Jeopecry by charging me again illegally on 7-1-2022_

2. Name and location of court in which your case is pending or in which you were convicted. _there is No curt rum assigned - ive dive served the Max for this Class C misdemeaner assault, it was covered Dismissed on 5-6-2022_

3. The criminal docket or case number and the offense for which you have been charged or convicted: _Booking # 4010676  Class C misdemeaner assault / No warrant for Arrest_

4. The date upon which sentence was imposed and the length of the sentence, if you have been convicted of the charged offense(s): _ive Naw been convicted the Charge of assault had No valid warrant for my arrest_

5. Check whether a finding of guilty was made: _(im Not Guilty)_

    (a) after a plea of guilty _N/A_

    (b) after a plea of not guilty _N/A_

    (c) after a plea of nolo contendere _N/A_

6. If you were found guilty, check whether that finding was made by: _Not guilty_

    (a) a jury _N/A_

    (b) a judge without a jury _N/A_

7. Did you appeal from the judgment of conviction of the imposition of sentence?

    (____) Yes       (✓) No

8. If you did appeal, give the following information for each appeal:

    a. (1)  Name of court and docket or case number _N/A_

(2)   Result and date of result ____ N/A ____

(3)   Grounds raised (list each)

(a) _____

(b) _____

(c) _____

(d) _____

b. (1)   Name of court and docket or case number ____ N/A ____

(2)   Result and date of result ____ N/A ____

(3)   Grounds raised (list each)

(a) _____

(b) _____

(c) _____

(d) _____

9.   State concisely every ground on which you claim that you are held unlawfully. Summarize briefly

the fact supporting each ground. If necessary, attach a single page only behind this page.

**CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.**

a. **Ground One:** Full immunity from arrest / Fully immune from Criminal prosecution as a U.S. Secret Service special agent - and as owner of this Jail / court system

**Supporting facts:** In enclosing the Records this Verify me as the owner / and as a U.S Secret Service Special agent that is fully immune from arrest / immune from criminal prosecution, the Fort Worth Police Department illegally arrested me without a Valid Warrant for my arrest, also on 1-6-2022 I was brutally assaulted by a Joe Lopez who attempted to Murder me, Enclosed is the Newspaper article with my photo of Injuries

b. **Ground Two:** this case is only a Class C misdemeanor ticket for Assault and only carries punishment of $500.00 fine to be paid I'm being illegally confined as court dismissed this case

**Supporting facts:** on 5-6-2022 Wayne Salvant Municipal Court Judge put in the Dismissal of this assault case, enclosed is the Dismissal paper this Verify this it was ordered dismissed on 5-6-2022, I was released Now I was arrested illegally on 7-1-2022 and the Jail has put the same charge on my arrest 10G committing me to Double Jeopardy Violation of 8th amendment as I have finished serving the Max time for the Class C offense.

5

c. **Ground Three:** My 13th US Amendment rights have been severely violated by forcing me to involuntary servitude for a crime i did not commit or have not been convicted of

**Supporting facts:** all these allegations were ordered dismissed by the District Attorney, Danny Price, the 13th US Amendment Declares Neither Slavery Nor involuntary servitude, except as a punishment of a crime where of the party shall have been Duly Convicted shall exist within the united states I have not been Duly convicted of any crime and Enclosed is Documents that I am being illegally confined as case was dismissed on 5-6-2022

d. **Ground Four:** My 6th US Amendment has been Severely Violated as my right to a Fair and Speedy trial and Confrontation of witnesses has been Denied

**Supporting facts:** On 5-6-2022 the assault case was ordered dismissed and is now still pending I've Input Several Motions Pro-se for a Speedy trial, the court rooms have Refused to grant me my 6th US amendment rights, also Several witnesses including Celebrity- Ariana Grande have testified on my behalf and the courts still have not Released me from and Refuse to Confront Celebrity witness- Ariana Grande in which I have her a letter from her testifying my innocence

10. Relief sought in this petition: _____ ( File attempted Murder Charges on the assailant JoE Lopez #0271660 for attempted Murder) Release immediately Gabriel Salas #0505033 from illegal confinement, Sue Sheriff Bill Waybourn For Monetary Relief of $146 million Dollars for illegal Confinement, File civil Action suit

11. Have you filed a previous application or petition for habeas corpus, motion under 28 U.S.C. § 2255,

## Guarantor Information

Guarantor Name: SALAS, GABRIEL P
Relationship:      Self
Address:           416 E FOGG ST

                   FORT WORTH, TX 76110
Phone:             (817)655-2120
Employer Name:     Secret Service
Employer Address:
Employer Phone:

DOB:      08/10/1983
SSN:      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

## Insurance Information

Ins. Plan/Name:

Priority:              Verified:
Subscriber:            Relationship:
Policy/ID:

"Exhibit A"
Record of Employment
as Director/Special agent
of the Secret Service

CID: **0565059**
Date Of Arrest: **1/6/2022**

## MAGISTRATE WARNING

Before me, the undersigned, magistrate of the State of Texas on this day personally appeared **GABRIEL P SALAS**, who was given the following warning:

- **4010676 - ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE - Misdemeanor**

☑ You have a right to hire an attorney to represent you.
☑ You have the right to have an attorney present prior to and during any interview and questioning by peace officers or attorneys representing the State.
☑ You have the right to remain silent.
☑ You are not required to make a statement, and any statement you make can and may be used against you in court.
☑ You have the right to stop any interview or questioning at any time.
☑ You have the right to have an examining trial (felonies only).
☑ You have the right to request appointment of counsel if you cannot afford counsel.
   Would you like to request the appointment of counsel? **Attorney previously appointed**
☑ I explained the local procedures for requesting appointment of counsel in a manner the accused could understand. I provided reasonable assistance in completing necessary paperwork for the appointment of counsel and forwarded the paperwork to the appropriate authority within 24 hours.

### Consular Notification

**You have the right to speak with your lawyer before answering any questions.**
If you are not a United States citizen, you may be entitled to have us notify your country's consular representative here in the United States.
Do you want us to notify your country's consular officials? ☐ Yes ■ No
What Country?
If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.

### Offense(s)

| Offense | Warrant | County | Probable Cause | Affidavit Attached | Bail/Fine | Arrest Date |
|---|---|---|---|---|---|---|
| ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE - M | No | | Determined Previously | Yes | $2,500.00 | 1/6/2022 6:00 AM |

*illegal arrest No Warrant illegal Cochrane
no Indicement Class C ticket Used for assault bodily Cause # 999999
in pain Meet*

| Date/Time | 1/6/2022 11:15 AM | | Magistrate: |
|---|---|---|---|
| | | | **Brooke Panuthos** |

I acknowledge that I was given the above warning and that I understand my rights as explained to me.

Person Warned: _____

by:

Hearing Interpreted

10A

# Jan. 6 hearing

lunged at a Secret Service agent in a desperate bid to travel to the Capitol after his speech that day.

Hutchinson revealed that White House officials knew about the risk of violence on Jan. 6 in the days prior to the attack, and testified that Trump knew supporters at his rally were armed, wanted them to bypass security and was still determined to go to the Capitol with them after his speech, despite concerns raised by his advisers.

"Please make sure we don't go up to the Capitol," White House Counsel Pat Cipollone told Hutchinson on the morning of Jan. 6. "We're going to get charged with every crime imaginable if we make that movement happen."

"H_____

provided him with resources to enable his actions and "turned a blind eye" to his behavior.

_____ion ou__ __irst and Gallagher to stop.



Gabriel _____ is due in court next month to face an allegation of common assault stemming from

_____ suffered several lacerations to his face and head, a fractured left orbital floor and permanent scarring, the lawsuit says.

_____ he planned to bring attempted murder and aggravated battery charges for each individual who was hurt.

_____ lawyers sought 10 years or less. They argued in court papers he should get a break in part because he

"for legal concerns and also for the optics of what it could portray the president wanting to do that day," she said.

_____n said she followed up with Meadows, who told her "things might get real, real bad on Jan. 6."

Prior to that meeting, Hutchinson said, she felt "apprehensive" about Jan. 6.

"That evening was the first moment that I remember feeling scared and nervous for what could happen," she said.

Hutchinson said there were discussions about Trump giving another speech outside the Capitol or going into the House chamber.

Cipollone urged Hutchinson to make sure the president did not go to the Capitol, stating he was worried it would lead to charges of obstructing justice, inciting a riot and defrauding the electoral count.

Other aides, including

_____ Two separate Texas grand juries declined to indict _____

According to testimony from Fort Worth police officers,

"He's messed up," Curran said. "Don't execute him for that. Let God decide when he dies."

| FORT WORTH STAR-TELEGRAM



Newspaper articles verify
the January 6th hearing
in which I was actually
the Victim of an attempted murder
— my photo of injuries was published
and records reveal that Joe
Lopez lunged at a secret service Agent
and he stabbed me with a knife
    please apprehend the
habitual felon Joe Lopez #0221600
charge him with attempted murder
— aggravated battery on a
Federal agent.

**OUTPATIENT ENCOUNTER RECORD**

```
* D T 0 0 9 5 *
```

**ORTHOPEDIC**  ☐ A  ☐ B  ☐ Foot/Ankle  ☐ Shoulder  ☐ Spine  ☐ Tuesday
**CLINIC:**  ☐ Joint  ☐ Rheumatoid  ☐ Dr. Nana  ☐ Tumor  ☒ Hand  ☐ Ortho Kirk

Allergies: __Ibuprofen, motrin__   ☐ NKA

CLINIC/PCP: __TCJ Inmate__   Correct Address   Phone Number: __TCJ Inmate__
__817-884-3000__

Diabetic: ☐ Yes  ☒ No   **SMOKING HX**   LMP: __male__
☒ Never
**ALCOHOL/SUBSTANCE USE** ☐ Yes  ☒ No

**Language:** __English__ ☒ Span __Other:__
☐ Former/Quit
☐ Current  Cig/Pack _____ per _____
☐ Smoking Cessation     Y   N

Pain Scale (0-10) __8__ /10
Pain Meds: Yes/No/NA
Pain Med Effective: Yes/No/NA

Age __39__  Ht __5'10"__  Wt __207__  B/P __116/73__  HR __85__  R _____  T __98.0__  BGlu _____

Chief Complaint: __L hand pain    XRay L hand__

Date: __5/24/11__  Time __824__  Nurse/M.A./N.A./MST __S. Rodriguez, CMA__
Signature with credentials

History of Present Illness: __Pt here for L hand pain. Previously seen in clinic for suspected L flexor digitorum profundus. Pt at that time stated problem developed s/p FDL Actual injury occurred with lye in 2007. Surgery declined. Pt have never c/o Neck pain and L wrist pain that has been getting worse. Meds are ineffective. Pain worse at night. Pain described as Numbness and tingling from index finger to distal forearm. This is not new symptom as he had complaints similar to 2009. Pt scheduled for tendon repair and was cancelled 2003 2° chronic use. ⊖ Tinel ⊖ phalens. Pt requesting vicodin. L flexor of L index at PIP or DIP joints.__

__6142405__   RTC when D/c'd from Hospital/prison

**Review of Systems:**

| | Neg. | Pos. | | Neg. | Pos. | | Neg. | Pos. | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Constitutional | ☐ | ☒ | GI | ☐ | ☒ | Psychiatric | ☒ | ☐ | Classified audio/video |
| Eyes | ☐ | ☒ | GU | ☐ | ☐ | Endocrine | ☐ | ☐ | data being received |
| ENMT | ☐ | ☐ | Musculoskeletal | ☐ | ☒ | Heme/Lymph | ☐ | ☐ | via U.S. Headquarters |
| Cardiovascular | ☐ | ☐ | Skin | ☐ | ☐ | Allergy/Immuno | ☐ | ☒ | of the Secret Service |
| Respiratory | ☐ | ☐ | Neuro | ☐ | ☒ | immune | ☐ | ☐ | |

(circled: 419.43)

Detail. Positive and all pertinent negative: __Pt is a US Secret Service Agent; has received eye surgery inputting Camera lenses in both L+R irises for secret clandestine operations to gather military criminal intelligence; Please contact agency Headquarters @ (972) 868-3200 to release Agent if captured or detained within, will immune from arrest/prosecution "President Joe Biden"__

Medication List: ☐ Reviewed & Unchanged ☐ Updated
Problem List: ☐ Reviewed & Unchanged ☐ Updated
Clinical Data Reviewed: ☐ Lab ☒ X-Ray ☒ Diagnostic Tests ☐ Other

I reviewed history, physical exam and pertinent studies and concur with findings and treatment plan as described above and in dictation

Past History: ☒ Updated __No prior Criminal Record (Release agent)__  Signed by: _____
Family History: ☐ Updated
Social History: ☐ Updated
Date __8/24/11__  PCP Signature: ___Salas___

Robert Protzman, MD

4914685        30093679941
ORC  Admit: __05/24/2011__  27 Y  08/10/1983
*SALAS, GABRIEL                        S:M

FC: 1

**TARRANT COUNTY HOSPITAL DISTRICT**
Fort Worth, Texas 76104
**OUTPATIENT ENCOUNTER RECORD**
607600ortho  Orig. 09/99  Rev. 02/07 Page 1 of 2

JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104

Salas, Gabriel P
MRN: 4914685, DOB: 8/10/1983, Sex: M
Adm: 3/9/2022, D/C: 8/9/2022

**ED Provider Notes by Bulga, Alexandra, MD at 3/9/2022 1:51 PM (continued)**

**Patient Course of TX User Index**
[AB] Bulga, Alexandra, MD
[JS] Scarborough, Jon H, MD

Last vitals:
 weight is 161 lb (73 kg).

During ED visit patient was found to have one or more vital signs with BP >120/80. Pt will require recheck and followup regarding this reading with PCP - JPS Family Health

**Interventions:**

**Procedures:**
Procedures

CDT

 No data recorded

 COWS Score:No data recorded

| Disposition & Condition |
|---|

**Final Impression/Diagnosis:**
**Diagnoses**

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Blunt trauma | | Bulga, Alexandra, MD | 3/9/2022 2:46 PM |
| Assault | | Bulga, Alexandra, MD | 3/9/2022 2:46 PM |

**Condition:** Stable

**Disposition:** Ed Discharge

| New Prescriptions |
|---|
No medications on file

*No psychosis or mental issues*

JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104

Salas, Gabriel P
MRN: 4914685, DOB: 8/10/1983, Sex: M
Adm: 4/27/2022, D/C: 4/28/2022

**ED Provider Notes by Sandlin, Devin, MD at 4/27/2022 10:58 PM (continued)**

Eye Problem
Location: **Right eye**
Quality: **Unable to specify**
Severity: **Moderate**
Onset quality: **Sudden**
Duration: **PTA**.
Timing: **Constant**
Progression: **Worsening**
Chronicity: **New**
Context: **direct trauma**          *Direct trauma from a brutal Stabbing*
Relieved by: **Nothing**
Worsened by: **Contact and eye movement**
Ineffective treatments: **None tried**
Associated symptoms: **swelling**
Associated symptoms: **no headaches, no nausea** and **no vomiting**
Swelling:
  Location: **Face (R-eye)**
  Onset quality: **Sudden**
  Timing: **Constant**                *Worsening symptoms in in*
  Progression: **Worsening**          *Severe pein eye blindness*
  Chronicity: **New**
  Risk factors: **conjunctival hemorrhage**

**Past Medical History:**
Diagnosis                                                      Date
  • Depression
  • Head injury
    *assaulted 1/5/22, seen at JPS ER after arrest per IM, noted dried blood on left side of head, no active bleeding, no sutures or staples noted.*
        The history section was last reviewed by Grigsby, Casey, RN on Mar 9, 2022.

*I was Stabbed and Joe Lopez attempted to Murder Me @ My Home*
**Past Surgical History:**           *He has no cause to he there*
Procedure                                          Laterality        Date
  • left 1st finger tendon surgery

**Family History**
Problem                        Relation              Age of Onset
  • Depression                 Father
  • Suicidality                Father
  • Depression                 Maternal Aunt
  • Mental illness             Maternal Aunt
  • Drug abuse                 Maternal Aunt

**Social History**

20220270 - Gabriel ~~Paul~~ Salas - Wayne Francis Salvant
Bar No. - 17548300 - Dismissal Date: 05/6/2022

NAME  GABRIEL P SALAS

RACE  White  SEX  Male  AGE  38  DOB  8/10/1983

CASE NO.  1714198 - 9999999

CID NO.  0565059

OFFENSE  ASSAULT FAMILY/HOUSEHOLD MEMBER

OFFENSE DATE  1/5/2022

T.P.  JOE LOPEZ

AGENCY  FORT WORTH PD

COURT NO. 2

THE STATE OF TEXAS VS. GABRIEL P SALAS

Release me
& Case Dismiss? A
again

**Privileged Correspondence -**
To be opened only in the presence
of inmate with inspection limited
to locating contraband.

Gabriel Salas CO#OE
100 N. Lamar St.
Fort Worth, TX 76196

BILL E. WAYBOURN
SHERIFF
TARRANT COUNTY
PLAZA BLDG., 7TH FLOOR
200 TAYLOR
FORT WORTH, TEXAS 76196
INTERNAL AFFAIRS



{ Docket Text:
{ ORDER OF DISMISSAL: The Court orders

There was a Docket order of Case Dismissal on 5-6-2022

Recieve Enclosed

Please My immediately

Public Jury ing Including Sentence

Plaien of a Speedy Trial

Dear Ms. Pamplin:

Pursuant to the State Bar Act, a grievance filed against you by Mr. Gabriel ████ Salas has been referred to the Client-Attorney Assistance Program (CAAP) for resolution. CAAP's objective is to facilitate communication and the transfer of appropriate documents to assist Texas lawyers and their clients in resolving minor concerns, disputes, or misunderstandings within the context of the Attorney-Client relationship. While participation in CAAP is voluntary, this letter represents CAAP's attempt to help resolve this issue *before returning it to the Office of the Chief Disciplinary Counsel for a continuation of the attorney disciplinary process.*

Mr. Salas expressed concerns regarding the legal matter you are handling for him, which are contained in the grievance and appear to consist of a case status update.

Please contact Mr. Salas to address these concerns and provide an electronic copy of your response to CAAP@texasbar.com or (512) 427-4442 (fax) within 30 days of the date of this letter, or contact me directly at (800) 204-2222 ext.1777 if I can be of further assistance.

Sincerely,

M. Powers

Molly Powers
Director
Client Attorney Assistance Program (CAAP)
State Bar of Texas

Enclosure
cc: Gabriel ████ Salas

*I am a lawyer. I am entrusted by the People of Texas to preserve and improve our legal system.*
*I am licensed by the Supreme Court of Texas. I must therefore abide by the Texas Disciplinary Rules of Professional Conduct,*
*but I know that Professionalism requires more than merely avoiding the violation of laws and rules.*
*I am committed to this Creed for no other reason than it is right.*

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

*Press hard when writing*

File Nbr. 314814

**Name** Gabriel Porn Star Salas

**CID No.** # 0565059

**Housing Assignment** 73B-04

**Date** 11/8/22

**Is this an "American with Disabilities Act (ADA) Complaint?**   Yes ☐   No ☑

> **State your problem as briefly as possible.  Place in a "Grievance Envelope", seal and submit to Housing Officer.  Keep pink (last) copy for your records.**

yes, I'm being held illegally, in an assault case, there is a
class C misdemeanor ticket, I was the actual victim, of I was
stabbed with a knife on 5-22 — one guy Named Joe Lopez
he bun dok is 4-17-68, the sheriff C's ordered this case
dismissed and it was illegitimate once on my record for being
aggresive with the official person with the computer Imaging being
altered or the record, + on a U.S. secret service Agent and
I am also aware of the Court Jail System, I am immune, from
arrest and immune from criminal prosecution please, or are this
grievance can be my way to the Class action illegal orders.

---

**GRIEVANCE OFFICE USE ONLY*****************DO NOT WRITE BELOW THIS LINE**

**Grievance Officer** Cpl. Fisher   **Date** 11/8/2022   **Code** 34

**Referred to** 396th Court Room   **Date** 11/8/2022   **Time** 0814 hr

**Response by** District Attorney Dany Royce   **Date** 11/9/2022   **Time** 0900 hrs

**GRIEVANCE SUMMARY RESPONSE** Salas Gabriel # 0565059 is classified
as a United States Secret Service Agen-Director in Chicago, upon reviewing
of the docket records that verify him as an immune federal law-
enforcem't agent, member of congress with no psychological problems
or any criminal history, upon my reviewing of the case No's Mr Salas
was released from custody on 5/8/2022 after his cases were ordered
dismissed by the Reserve District attorney Dany Royce, Salas is legally armed
well as a valid weapons for his current a violation of state/federal law as also
special agent Salas, Gabriel is fully immune from arrest and from criminal
prosecution Release Salas, Gabriel immediately all previous Case were ordered dismissed

---

White Copy To File        Canary Copy To Inmate (Grievance Response)        Pink Copy For Inmate Retention

S-101   GPC-1699   REV. 06-06

# Do not drink alcohol or take any medications containing alcohol for 48 hours.

## Medications

_____ is an antibiotic to prevent chlamydia and may cause nausea, vomiting, diarrhea, and abdominal pain.

_____ is an antibiotic to prevent gonorrhea and may cause nausea, vomiting, diarrhea, lightheadedness, or headache.

_____ is an antibiotic to prevent trichomonas and may cause darkening of your urine, nausea, vomiting, loss of appetite, constipation or mild diarrhea, sore or swollen tongue, headache, or unpleasant taste in your mouth.

_____ is an antibiotic to treat bacterial infection, given to prevent gonorrhea. It may cause nausea, vomiting, diarrhea, and abdominal pain.

_____ is an antiemetic to prevent nausea and may cause hallucinations, drowsiness, low blood count, dry mouth, blurry vision, or other side effects.

_____ is an antiemetic to prevent nausea and may cause drowsiness, diarrhea, headache, fever, lightheadedness, dizziness, constipation, rash, blurred vision, and muscle spasms.

_____ prevents pregnancy and may cause nausea, vomiting, headache, abdominal cramping and vaginal bleeding.

_____ for discomfort

_____ for discomfort

If you take Phenobarbital, Coumadin, Dilantin or Lithium, you may be asked to stay for an hour of observation and you will need your lab levels checked in one week.

Some helpful numbers to know:

| | |
|---|---|
| Women's Center | Tarrant County Rape Crisis Services / The Women's Center |
| SANE Program | 817-927-2737 |
| 817-702-7263 or 817-702-7829 | |
| JPS Emergency Dept. Clinic | Planned Parenthood |
| 817-702-3701 | 817-332-7966 |
| JPS Infectious Disease Clinic | oag.state.tx.us |
| 817-321-4700 | |

If you or someone you know needs counseling, guidance, or further information on sexual assault, domestic violence, or any other crime, please call the JPS SANE program at 817-702-7263. For more information, visit jpshealthnet.org.

If your preferred language is not English, we can connect you with Language Services at 817-702-6801.

Si usted no habla bien el inglés, nuestro departamento de idiomas le ofrece la ayuda de intérpretes especializados, sólo llame al 817-702-6801 y con mucho gusto le atenderemos.

---

Sgt. G. Smith #66694

Testifies under oath that Deputy P. L. Sales CID# 056505⁹ is the sole primary owner of:—

Tarrant County Jail — Criminal Courts Deadlines) @ 100 North Lamar Fort Worth TX 76196 401 West Belknap St Fort Worth TX 76196

as such records reflected; hence there may be nothing that is illegal due to a Government Conspiracy to attempt to inflict any/all cruel & unusual harm

that Mr. Daniel P.L. Sims and exempt and immune from "unusual Protection".

( Exhibit D') Received written testimony of Sales, Gabrin owning the Tarrant County Jail / Courts System

Dear County Clerk                                    7/26/22

I am Gabriel Salas #056505
on 5/21/2014 my Next of kin
Margarita Ramirez
birth date 1/15/1935 died on 5/21/2014

FILED

AUG 09 2022

COUNTY CLERK, TARRANT CO., TEXAS
BY_____DEPUTY

leaving me a last will and testament
for all her properties and Money and cars, keys
titles.
        I need that will copy
It was in Family court #1 that they gave
me my items
            please mail me a free copy of the
will of Margarita Ramirez on behalf of
Gabriel Salas

all properties in Tarrant County               Cordially
are mine, businesses, government               Sincerely Yours Truly
all clothing stores                            Gabriel Salas
She was the richest                            Secret Service Agency Agent
Woman in the galaxy
I am the creator/owner          ☆ please take Money off my account
                                  #056505

        Send me all home deeds in South Fort Worth
Texas
            (416 East Foggs Street
            Fort Worth, Texas 76106

I Gabrael Seles built the government Computer
to hold all accounts/records for payments
you need to send me my own papers and Contract
and daily payment I have people to handle dirty work
to kill the people in my way in March Whitepace
I refuse to be Prove off.
officers have beaten me and some have been murderd
over this Conspiracy I dont play with my money

thank you
Please mail all papers to me

Receipt slip
of my purchase of
this Seal on 11-30-2021
In the Official
owner I demand
Release from illegal
Custody
and that Charges
be filed on the
criminal assualt
for attemptd murder

gabrielSeles
Paid 46,000,000 00
for Counts Seal ownership
RECEIVED BY: Bill blyton Sheriff
DATE: 11/30/2021
RECEIPT SLIP

a certain information, including information about the status of his case and "when [his] charges of obstruction were dropped." At the bottom of the form, under a section with the heading "Action Taken," someone had written, "dismissed charges 3) obstruction or retaliation on 02/14/2022."

District Attorney.
Sharen Wilson mailed me this
record that verifies my
other charges were dismissed
on 2/14/2022
Since that dismissal date
Ive been illegally arrested
without a valid warrant
charges were Class C Misdemeanors

please copy (5) times

Case reversed on appeal and acquittal ordered where case had been reset 22 times over 4 year period and defendant had twice filed motion for speedy trial which were overruled without state giving any reason for delay. Zamorano v. State, 84 S.W.3d 643 (Tex.Cr.App.2002).

Delay of five years and loss by state of video tape is sufficient to qualify as presumptive prejudice to invoke speedy trial consideration. State v. Smith, 66 S.W.3d 483 (Tex.App.—Tyler 2001).

Delay of four years qualifies as presumptive prejudice in a DWI case. Zamorano v. State, 84 S.W.3d 643 (Tex.Cr.App.2002).

Trial judge's dismissal "with prejudice" of a felony complaint where the indictment had not been filed as required by the Speedy Trial Act, was not authorized and was void subject to collateral attack. Ex parte Seidel, 39 S.W.3d 221 (Tex.Cr.App.2001).

The test for "good cause" for delay in presenting an indictment or information is the totality of the circumstances. Ex parte Martin, 6 S.W.3d 524 (Tex.Cr.App.1999); abrogating cases to the contrary.

Where a 17 month delay is attributable to on going good faith plea negotiations there is no violation of defendant's constitutional right to a speedy trial. State v. Munoz, 991 S.W.2d 818 (Tex.Cr.App.1999).

Where a suspect flees the jurisdiction for 18 years, changes his name, place and date of birth, and his social security number, he waives his right to a speedy trial when police had exercised reasonable diligence to apprehend the suspect. Rivera v. State, 990 S.W.2d 882 (Tex.App.—Austin 1999).

Once the court determines that the length of delay triggers a speedy trial analysis, it is the state's burden to excuse the delay. Griffith v. State, 976 S.W.2d 686 (Tex.App.—Tyler 1997).

The defendant is not entitled to a dismissal for denial of a constitutional speedy trial even after the passage of 30 years where the defendant was a fugitive and the State had used diligent and reasonable efforts to locate him. Lott v. State, 951 S.W.2d 489 (Tex.App.—El Paso 1997).

Delay of over 6 years was presumptively unreasonable and prejudicial and violated defendant's constitutional speedy trial rights where State failed to establish an excuse for the delay or controvert the presumption of prejudice. Pierce v. State, 921 S.W.2d 291 (Tex.App.—Corpus Christi 1996).

Dismissal for failure to provide a speedy trial is proper where trial for misdemeanor possession of marijuana was delayed for 33 months after arrest. State v. Perkins, 911 S.W.2d 548 (Tex.App.—Ft. Worth 1995).

Pre-indictment delay, within the statute of limitations, is not a violation of the Federal or State Constitution, unless the delay caused substantial prejudice to the defendant and was done in bad faith. Moore v. State, 943 S.W.2d 127 (Tex.App.—Austin 1997).

Pre-indictment delay may violate the Due Process Clause where it is shown that the delay was an intentional device to gain a tactical advantage and cause substantial prejudice to the defendant. State v. Horner, 936 S.W.2d 668 (Tex.App.—Dallas 1996).

The Interstate Agreement on Detainers' Act that provides that a trial must be commenced within 120 days of the arrival does not violate the separation of powers doctrine and a defendant is entitled to discharge with prejudice on a failure to comply. State v. Williams, 938 S.W.2d 456 (Tex.Cr.App.1997).

A delay of ten months before a retrial after a reversal does not, without more, violate defendant's constitutional right to a speedy trial. Knox v. State, 934 S.W.2d 678 (Tex.Cr.App.1996).

Defendant's incarceration for 18 months and his denial of his motion for a speedy trial violated the defendant's constitutional rights. Melendez v. State, 929 S.W.2d 595 (Tex.App.—Corpus Christi 1996).

The cause of the delay should be set out in the motion. Russell v. State, 598 S.W.2d 238 (Tex.Cr.App.1980), cert. denied 449 U.S. 1003, 101 S.Ct. 544, 66 L.Ed.2d 300 (1980).

The prejudice or harm to the defendant should be alleged in the motion. Cook v. State, 741 S.W.2d 928 (Tex.Cr.App.1987), cert. granted and judgment vacated 488 U.S. 807, 109 S.Ct. 39, 102 L.Ed.2d 19 (1988), on remand 821 S.W.2d 600 (Tex.Cr.App.1991).

Constitutional right to a speedy trial governs the entire criminal justice system and not just prosecutorial delay. Chapman v. Evans, 744 S.W.2d 133 (Tex.Cr.App.1988).

The passage of time from the commission of an offense to the indictment is covered by the statute of limitations, while the passage of time from the indictment to trial is covered by the right to a speedy trial. State v. Jones, 168 S.W.3d 339 (Tex. App. Dallas 2005), petition for discretionary review refused, (Jan. 18, 2006).

Seventeen-month delay in prosecution does not violate defendant's right to a speedy trial. Kelly v. State, 163 S.W.3d 722 (Tex. Crim. App. 2005).

Thirty five-month delay on a felony DWI in which the defendant was incarcerated for one year, violated right to a speedy trial. Stock v. State, 214 S.W.3d 761 (Tex. App. Austin 2007).

Ten-month delay to indict did not violate speedy trial, since defendant did not assert right for 10 months, made no request for an examining trial or to reduce bond and no evidence of harm to Defendant. Trial court granting dismissal is reversed. State v. Fisher, 198 S.W.3d 343 (Tex. App. Texarkana 2006), petition for discretionary review refused, (Sept. 20, 2006).

[Handwritten margin notes:]
Violation of 6th Amendment Right to Speedy trial proper to Dismiss all Charges

Twenty nine-month delay violated right to speedy trial and delay caused by co-defendant was not attributable to defendant. State v. Manley, 220 S.W.3d 116 (Tex. App. Waco 2007).

Eleven years delay between indictment and arrest was presumptively prejudicial to the defendant. Orand v. State, 254 S.W.3d 560 (Tex. App. Fort Worth 2008), petition for discretionary review refused, (Sept. 10, 2008).

Filing a **motion to dismiss** for failure to provide a speedy trial due to the state's failure to file the charge for one year, is not requesting a speedy trial, so that the defendant could not show that he had asserted his right to a speedy trial nor any prejudice from the delay. Cantu v. State, 253 S.W.3d 273 (Tex. Crim. App. 2008).

Five-year delay violated right to a speedy trial and harm was shown by loss of witnesses and memory loss of available witnesses. Puckett v. State, 279 S.W.3d 434 (Tex. App. Texarkana 2009)

Failure to assert the right to a speedy trial until more than six years after indictment weighed against defendant and the lack of prejudice support trial court's denial of the motion. Murphy v. State, 280 S.W.3d 445 (Tex. App. Fort Worth 2009), petition for discretionary review refused, (Sept. 16, 2009).

Twenty three-year preindictment delay did not violate due process or due course of law as there was no showing that prosecution delayed for a tactical advantage. State v. Krizan-Wilson, 321 S.W.3d 619 (Tex. App. Houston 14th Dist. 2010), petition for discretionary review granted, (Feb. 9, 2011) and judgment aff'd, 354 S.W.3d 808 (Tex. Crim. App. 2011).

To prove a "due process" violation for waiting 23 years to obtain an indictment, the defendant must prove that the delay was an intentional device used to obtain a tactical advantage or for some other impermissible purpose. State v. Krizan-Wilson, 354 S.W.3d 808 (Tex. Crim. App. 2011).

Speedy Trial claim must be raised in trial court to preserve, otherwise it is waived. Henson v. State, 407 S.W.3d 764 (Tex. Crim. App. 2013).

Defendant was told of indictment 8 years earlier, so no speedy trial violation when he wasn't arrested for 8 years. Barringer v. State, 399 S.W.3d 593 (Tex. App. Eastland 2013).

Speedy trial violation occurred when there was a 23 months delay in which defendant was in jail. Bosworth v. State, 422 S.W.3d 759 (Tex. App. Texarkana 2013), petition for discretionary review refused, (May 22, 2013).

Six year delay between indictment and arrest violated defendant's right to a speedy trial and state failed to rebut presumption of prejudice due to delay as defendant was unaware of the charge and had lived in the same residence the entire time. Gonzales v. State, 435 S.W.3. 801 (Tex. Crim. App. 2014)

There was no speedy trial violation since defendant failed to use the interstate agreement on detainers to obtain a speedy disposition. Hopper v. State, 520 S.W.3d 915 (Tex. Crim. App. 2017).

Eleven year delay was presumptively prejudicial to defendant because there was no showing that the defendant had acquiesced to the delay and defendant showed that she had not asserted her request earlier due to the negligence of two different attorneys appointed to represent her. State v. Ritter, 531 S.W.3d 366 (Tex. App. Texarkana 2017).

Thirty years of death sentence was reversed, defendant was tried and convicted of murder, violating his right to a speedy trial which he began demanding pro se seven years earlier. Hartfield v. State, 516 S.W.3d 57 (Tex. App. Corpus Christi 2017), petition for discretionary review refused, (May 17, 2017) and cert. denied, 138 S. Ct. 473, 199 L. Ed. 2d 374 (2017).

Twenty eight-year delay did not deny speedy trial as defendant left the state to avoid prosecution and agreed to several resets and failed to show prejudice. Zamarripa v. State, 573 S.W.3d 514 (Tex. App. Houston 14th Dist. 2019).

Prisoner failed to establish that he complied with Tex. Code Crim. Proc. Ann. art. 51.14 as there was no showing of a request for final disposition sent to prosecutor and trial court which would trigger the 180-day requirement under IADA. Office v. State, 563 S.W.3d 457 (Tex. App. Houston 14th Dist. 2018).

Federal prisoner properly complied with Tex. Code Crim. Proc. Ann. art. 51.14 in sending his request for final disposition through the warden by certified mail which was received by the district attorney, and failure to bring to trial within 180 days required dismissal. Lasker v. State, 577 S.W.3d 583 (Tex. App. Houston 1st Dist. 2019), petition for discretionary review refused, 586 S.W.3d 408 (Tex. Crim. App. 2019).

End of Document

© 2022 Thomson Reuters. No claim to original U.S. Government Works.



JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104
Radiology Report

Salas, Gabriel P
MRN: 4914685, DOB: 8/10/1983, Sex: M
Adm: 3/9/2022, D/C: 8/9/2022

## Admission Information (continued)

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | 03/09/2022 1:34 PM | Admit Date/Time: | 03/09/2022 1:38 PM | IP Adm. Date/Time: |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: |
| Means of Arrival: | Ambulance | Primary Service: | Emergency Medicine | Secondary Service: |
| Transfer Source: | | Service Area: | JPS SERVICE AREA | Unit: JPS EMERGENCY |
| Admit Provider: | | Attending Provider: | Scarborough, Jon H, MD | Referring Provider: |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/09/2022 2:57 PM | (V) Court/law Enforcement | Other | None | JPS EMERGENCY |

## Imaging Orders
No orders found

## Radiology Results
No matching results found

## Patient Demographics

| | |
|---|---|
| Address | Phone |
| 100 N LAMAR | 817-884-3000 (Home) |
| TARRANT COUNTY COURTHOUSE TX 76196 | 817-000-0000 (Work) |

## Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | 03/09/2022 1:34 PM | Admit Date/Time: | 03/09/2022 1:38 PM | IP Adm. Date/Time: |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: |
| Means of Arrival: | Ambulance | Primary Service: | Emergency Medicine | Secondary Service: |
| Transfer Source: | | Service Area: | JPS SERVICE AREA | Unit: JPS EMERGENCY |
| Admit Provider: | | Attending Provider: | Scarborough, Jon H, MD | Referring Provider: |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/09/2022 2:57 PM | (V) Court/law Enforcement | Other | None | JPS EMERGENCY |

or any other application, petition or motion with respect to the grounds raised in this petition?

(_____) Yes        ( ✓ ) No

12.    If your answer to Question No. 11 is yes, give the following information as to each previous application, petition, or motion:

a. (1)   Name of court _____

   (2)   Nature of proceeding _____

   (3)   Docket or case number _____

   (4)   Grounds raised _____

   _____

   _____

   _____

   (5)   Result and date of result _____ N / A _____

b. (1)   Name of court _____

   (2)   Nature of proceeding _____

   (3)   Docket or case number _____

   (4)   Grounds raised _____

   _____

   _____

   _____

   (5)   Result and date of result _____ N / A _____

7

3.  If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.

14.  Are you presently represented by counsel?    ( √ ) Yes  ( ____ ) No

If so, name, address and telephone number of attorney: _Lesa Machael pamplin_

_phone # 817 506-4587    my employer (972) 868-3200 Secret Service Agency_

15.  If you are seeking leave to proceed in form pauperis, have you completed an application setting forth required information?    ( √ ) Yes  ( ____ ) No.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in the proceeding.

Signed this _17th_ day of _November_, 20_22_.

_____
(Signature of petitioner)

## DECLARATION

I _Gabriel Porn Star Sales_, declare under penalty of perjury that I have read and subscribe to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed on _11-17th 2022_ at _My Jail @ 100 N. Lamar Fort Worth TX 76196_
     (date)               (place)

_____
(Signature of petitioner)


_____
(Signature of attorney, if any)

9

Dear District Court Clerk,                    11-17-2022

I am asking that you immedietely file
and Copy this hobees Corpus § 2241
Civil action law suit.
 and immediately Mail me back a Filed
Certified Stamped Copy of all the records with this
I have Input into this civil action Suit
 I'm being illegally Confined and I have
the hobeas corpus 2241 Writ power to
Commence action,
 as I am Immune as a Federal law enforcement
Special Agent with the u.s Secret Service
Agency @ (972) 868-3200
 please also send me all pages enclosed
Stamped and Documented in order to help get
me released from illegal Confinement.

         thank you for your services
 also on my Bank Statement you have
taken $42.33 as an initial filing fee
I have never filed a grated 1983 civil
but you have illegally taken $42.33 as
a initial filing fee which for a hobeas corpus 2241
it is only $5.00 only please feel free to
mail me back my fees or please Just
Copy and file Return a Certified Copy of
 this hobeas corpus § 2241 / Self addressed Enuelpe enclosed

Gabriel Porn Star Salas #0565059
100 North Lamar Street
Fort Worth, Texas
     76196

RECEIVED
NOV 2 9 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

· CLASSIFIED LEGAL MAIL

File/Copy/Return Copy of Writ 2241
UNITED STATES DISTRICT COURT
   OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS

501  West Tenth Street Room #310
Fort Worth, Texas
     76102

